IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :
    Glenda A. Womack              :        Chapter 13
                                              :
                                              :
              Debtor                          :        Bankruptcy No. 14-15176-SR

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO: U.S. BANKRUPTCY CLERK:

Kindly withdraw my appearance as counsel for the Debtor in the above-captioned matter.

                BY:    /s/ Jonathan Krinick
                      Jonathan Krinick, Esquire
                      Willig, Williams & Davidson

                BY:    /s/ Adam Fogerty
                      Adam Fogerty, Esquire
                      Willig, Williams & Davidson

TO:  U.S. BANKRUPTCY CLERK:

Kindly enter my appearance as counsel for the Debtor in the above-captioned matter.

                BY: /s/ William B. Sanderson, Jr.
                   William B. Sanderson, Jr., Esquire
                   Attorney for Debtor
                   Spear Wilderman, P.C.