**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| GLENDA A. WOMACK | ) | CASE NO. 14-15176-SR |
| a/k/a GLENDA ANN DICKENS | ) | |
| | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE | ) | |
| Movant | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| GLENDA A. WOMACK a/k/a | ) | Eastern District of Pennsylvania |
| GLENDA ANN DICKENS, Debtor and | ) | Courtroom # 4 |
| LINDA A. DICKENS-MCFADDEN | ) | 900 Market Street |
| | ) | Philadelphia, PA 19107 |
| Respondents | ) | |
| and | ) | |
| FREDERICK L. REIGLE | ) | |
| Trustee | ) | |
| | ) | |

**ORDER**

AND NOW, this     day of                          , 2017, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.   The automatic stay and codebtor stay are lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2010 KIA Sedona-V6 Wagon LX, V.I.N. KNDMG4C38A6355779) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Dated: <u>March 28, 2017</u>

Stephen Raslavich
U.S. BANKRUPTCY JUDGE

Please send copies to:

Glenda A. Womack
6223 Pine Street
Philadelphia, PA 19143

Linda A. Dickens-McFadden
6223 Pine Street
Philadelphia, PA 19143

William B. Sanderson, Jr., Esquire
Spear, Wilderman, Borish, Endy Spear &
230 South Broad Street, Suite 1400
Philadelphia, PA 19102

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107