# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenda A. Womack aka Glenda Ann Dickens<br>　　　　　　　　　Debtor | Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)<br>　　　　　　　　　Movant<br>　　　　v.<br>Glenda A. Womack aka Glenda Ann Dickens<br>　　　　　　　　　Debtor<br>Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | NO. 14-15176 SR |

## ORDER

AND NOW, this          day of                    , 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation between the parties approved on March 4, 2016, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the Movant, U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982, or its successor or assignee, with regard to the property at 6223 Pine Street Philadelphia, PA 19143, so as to allow the Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.
**STEPHEN RASLAVICH**

cc: See attached service list　　　　　　　　　　**Dated: June 16, 2017**

Glenda A. Womack aka Glenda Ann Dickens
6223 Pine Street
Philadelphia, PA 19143

Polly A. Langdon
Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

William B. Sanderson, Jr.
Spear, Wilderman, Borish, Endy, Spear & Runckel
230 South Broad, Suite 1400
Philadephia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532