UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :

GLENDA A WOMACK
                                                 : Bankruptcy No. 14-15176SR
        Debtor(s)                     : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_Stephen Raslavich_

**Date: September 27, 2017**

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JONATHAN KRINICK ESQ
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT ST, 24TH FLR
PHILADELPHIA PA 19103-

GLENDA A WOMACK
6223 PINE STREET
PHILADELPHIA,PA.19143