United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 14-15176-sr
Glenda A Womack                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Sep 27, 2017
                              Form ID: pdf900          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.

```
db            +Glenda A Womack,    6223 Pine Street,    Philadelphia, PA 19143-1027
cr             CreditOne, LLC,   c/o Suzanne Middletown,    PO Box 625,    Metairie, LA  70004-0625
13336300      +Aaron's Furniture,    1500 Garrett Rd, Unit 2a,    Upper Darby, PA 19082-4519
13336303      +American Consumer Discount Company,    841 Chestnut Street,    Philadelphia, PA 19107-4414
13336307      +CENTRAL FINL CONTROL,    P.O. Box 66044,    Anaheim, CA 92816-6044
13416586       CREDITONE, LLC,    PO BOX 625,    METAIRIE, LA 70004-0625
13336306       Capital One Auto Finance,    P.O. Box 259407,    Plano, TX 75025-9407
13336308      +Convergent Outsourcing, Inc.,    800 SW 39th Street,    Renton, WA 98057-4975
13336310       CreditOne, LLC,    P.O. Box 605,    Metaire, LA 70004-0605
13336312      +Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
13336313      +Experian NCAC,    P.O. Box 9701,    Allen, TX 75013-9701
13336314       Geico,    One Geico Plaza,    Bethesda, MD 20811-0001
13336315      +Guardian Protection Srv,    650 Ridge Road,    Pittsburgh, PA 15205-9504
13336317      +Linda Dickens McFadden,    6223 Pine Street,    Philadelphia, PA 19143-1027
13336319      +Pennsylvania Housing Finance Agency,    c/o KML Law Group, P.C.,    701 Market St., Ste 5000,
                Philadelphia, PA 19106-1541
13336322      +Plaza Recovery, Inc.,    5800 North Course Drive,    Houston, TX 77072-1613
13336323       Quest Diagnostics,    P.O. Box 4911,    Southeastern, PA 19398-4911
13336324      +Sovereign Advance,    c/o Makes Cents Inc.,    P.O. Box 10,    Parshall, ND 58770-0010
13336325       TransUnion Consumer Relations,    P.O. Box 2000,    Chester, PA 19022-2000
13336326      +Westminster Cemetery,    701 Belmont Avenue,    Bala Cynwyd, PA 19004-1396
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Sep 28 2017 01:32:55     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 01:32:21
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2017 01:32:45     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 28 2017 01:41:06
                Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2017 01:32:41     Jefferson Capital Systems LLC,
                PO Box 7999,    St Cloud, MN  56302-9617
13336302      +E-mail/Text: EBNProcessing@afni.com Sep 28 2017 01:32:38     AFNI, INC.,    404 Brock Drive,
                Bloomington, IL 61701-2654
13336301       E-mail/Text: EBNProcessing@afni.com Sep 28 2017 01:32:38     Afni,
                1310 Martin Luther King Drive,    P.O. Box 3427,    Bloomington, IL 61702-3427
13390452      +E-mail/Text: EBNProcessing@afni.com Sep 28 2017 01:32:38     Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
13422732       E-mail/Text: bankruptcy@phila.gov Sep 28 2017 01:32:55     City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13336305      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 28 2017 01:41:21
                Capital One Auto Finance,    7933 Preston Road,    Plano, TX 75024-2302
13336304      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 28 2017 01:41:05
                Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
13340960      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 28 2017 01:41:06
                Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                Arlington, TX 76006-1347
13353804      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 28 2017 01:41:14
                Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                Arlington, TX 76006-1347
13336309      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 28 2017 01:33:20
                Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
13336311       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 01:32:21     Department of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13366424       E-mail/Text: cio.bncmail@irs.gov Sep 28 2017 01:32:03     IRS,    PO BOX 7346,
                PHILA 19101-7346
13404342       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2017 01:32:41     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13336318      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 01:32:32     MIDLAND FUNDING,
                8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
13336320       E-mail/Text: blegal@phfa.org Sep 28 2017 01:32:35     Pennsylvania Housing Finance Agency,
                P.O. Box 8029,    Harrisburg, PA 17105-8029
13336321       E-mail/Text: blegal@phfa.org Sep 28 2017 01:32:35     PHFA,    211 N. Front Street,
                P.O. Box 15057,    Harrisburg, PA 17105-5057
13340142       E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2017 01:32:09
                Quantum3 Group LLC as agent for,    Genesis Financial Solutions INC,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 21
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Sep 27, 2017
                              Form ID: pdf900              Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Afni, Inc.,    PO BOX 3667,    Bloomington, IL 61702-3667
cr*           Quantum3 Group LLC as agent for,    Genesis Financial Solutions INC,    PO Box 788,
               Kirkland, WA  98083-0788
13336316*     Internal Revenue Service,    Centralized Insolvency Operations,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. SANDERSON, JR.    on behalf of Debtor Glenda A Womack wsanderson@spearwilderman.com,
               kbrand@spearwilderman.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

GLENDA A WOMACK
                                                    : Bankruptcy No. 14-15176SR
          Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: September 27, 2017**                        _____
                                                    Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JONATHAN KRINICK ESQ
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT ST, 24TH FLR
PHILADELPHIA PA 19103-

GLENDA A WOMACK
6223 PINE STREET
PHILADELPHIA,PA.19143